USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/24

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>            - against -<br><br>FELIPE ACEVEDO,<br><br>                              Defendant. | **12 Cr. 31   (VM)**<br>**24 Cr. 267 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

The status conference currently scheduled in No. 12 Cr. 31 for June 28, 2024 is hereby canceled.

A sentencing proceeding is hereby scheduled in both No. 12 Cr. 31 and No. 24 Cr. 267 for September 13, 2024 at 11:00 AM.

**SO ORDERED.**

Dated:    4 June 2024
          New York, New York

                                      _____
                                      Victor Marrero
                                      U.S.D.J.

1