

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 10, 2024

**BY ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/12/2024
```

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Felipe Acevedo*, 24 Cr. 267, 12 Cr. 31 (VM)

Dear Judge Marrero:

The Government respectfully submits this letter regarding the sentencing currently scheduled for Friday, September 13, 2024, in the above-captioned cases. To permit the United States Probation Office additional time to prepare the Pre-Sentence Investigation Report, the Government respectfully requests that the sentencing be adjourned to Friday, October 11, 2024, at 4:00 p.m. Defense counsel consents to this adjournment request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

William K. Stone
Assistant United States Attorney
(212) 637-2521

cc (By ECF): Peter Quijano, Esq.
cc (By Email): U.S. Probation Officer Alyssa Lopez



Request **GRANTED.**

The above-referenced sentencing is hereby
adjourned to October 11, 2024, at 4:00 PM.

**SO ORDERED.**

9/12/2024
_____        _____
DATE                   VICTOR MARRERO, U.S.D.J.