UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

FELIPE ACEVEDO

Defendant.

24 Cr. 267 (VM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2024

**VICTOR MARRERO, United States District Judge.**

Defendant's request for substitution of counsel for purposes of his appeal (Dkt. No. 30) is hereby denied. Defendant is instructed to raise issues regarding his representation in any pending appeals to the Second Circuit.

**SO ORDERED.**

Dated:   28 October 2024
         New York, New York

_____
Victor Marrero
U.S.D.J.

1